**SPECTOR RUBIN, P.A.**
**Attorneys for Plaintiff, Avalon Risk Management**
**Continental Plaza**
**3250 Mary Street, Ste. 304**
**Miami, Florida 33133**
**Tel: (305) 537-2000**
**Fax: (305) 537-2001**
**Attorneys: Andrew Spector and Robert M. Borak, Pro Hac Vice**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X
AVALON RISK MANAGEMENT
INSURANCE AGENCY, LLC                    Case No. 12-CIV-3934-(LGS)(DF)

       Plaintiff,

vs.
                                         **PLAINTIFF'S NOTICE**
GREGORY TAYLOR,                       **OF MOTION FOR SUMMARY**
ADELE ROSSANO,                        **JUDGMENT**
JOHN ROSSANO,
JAMES ROSSANO,
THEADORA ROSSANO,
and JOHN DOES 1 – 10

       Defendants.
_____/

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Motion for Summary Judgment date February 2, 2015; the Declaration of Robert Borak dated February 2, 2015, and the Exhibits annexed thereto; and the prior pleadings, motions and proceedings herein, Plaintiff, Avalon Risk Management Insurance Agency, by its attorneys, Spector Rubin, P.A., will move this Honorable Court on February 2, 2015, or as soon thereafter as counsel may be heard, for an Order granting summary judgment in favor of Plaintiff, pursuant to Federal Rules of Civil Procedure 56.

Dated: February 2, 2015

Miami, Florida

By:   /s/ Robert Borak

**Andrew Robert Spector**
**Robert Mark Borak**
**SPECTOR RUBIN, P.A.**
Continental Plaza
3250 Mary Street, Suite 304
Miami, FL 33133
Telephone: (305) 537-2002
Facsimile: (305) 537-2003
E-Mail:
Robert.borak@spectorrubin.com
*Attorneys for Plaintiff, Avalon*